# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAR 12 PM 1:47

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Johnny Mack Mobley | ) Case No: CR498-00085-001 |
| | ) USM No: 09842-021 |
| Date of Previous Judgment: December 21, 1998 | ) Frank F. Cardillo |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
In accordance with the required review of the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court denies the defendant's request for a sentence reduction. The Court finds, based on the defendant's custodial record, that he represents a threat to the public. His Bureau of Prisons disciplinary record reveals the following violations: assault without serious injury, fighting with another person (two violations), disruptive conduct, and being insolent to a staff member (two violations). The Court will protect the public from further crimes of the defendant as long as possible.

Except as provided above, all provisions of the judgment dated December 21, 1998, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-12-2009

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title

Effective Date: _____
(if different from order date)